UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL AND WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, and JOHN
J. VIRGA, IN HIS FIDUCIARY CAPACITY
AS DIRECTOR,

AND

ROBERT BONANZA, AS BUSINESS
MANAGER OF THE MASON TENDERS
DISTRICT COUNCIL OF GREATER
NEW YORK,

      Petitioners,        20 **CIVIL** 626 (PAE)

  -against-           **JUDGMENT**

UNIVERSAL PRESERVATION GROUP,
      Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 18, 2020, the Award is confirmed in favor of petitioners and judgment is entered in the amount of $201,895.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
    August 18, 2020

                **RUBY J. KRAJICK**

                **Clerk of Court**
          **BY:**
                **Deputy Clerk**